THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL KITZLER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

EVELYN M. G. KING ULMER, Respondent, v. LESLIE HERMAN, Appellant.— A question of fact is presented. It may be that plaintiff has little probability of success. However, that is a matter to be determined upon the trial. Orders affirmed, with twenty dollars costs and disbursements. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SADIE TYSON, Appellant, v. 330 WEST FORTY-SECOND STREET CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of SAUL J. BARON, as Temporary Administrator of the Estate of ABRAHAM L. ERLANGER, Deceased. JANET N. ERLANGER and Another, Appellants; SAUL J. BARON, as Temporary Administrator, and Others, Respondents.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

SCHERING & GLATZ, INC., Respondent, v. AMERICAN PHARMACEUTICAL COMPANY, INC., Appellant, and THE CHEMICAL FOUNDATION, INC., Impleaded Defendant, Respondent.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. ROBERT ADAMSON and Others, Defendants, Impleaded with ISAAC GORDON and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ. [148 Misc. 353, 359.]

JOSEPH L. GAVIGAN, Respondent, v. UNITED THRIFT PLAN, INC., Appellant. — Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. MAX AARON and Others, Defendants, Impleaded with JAMES F. BRUCE, Appellant. ROSE ROTH, Impleaded Defendant, Respondent.— Judgment modified by allowing judgment in favor of the appellant for $125, with interest, on certificate No. 0105993 for five shares, and as so modified affirmed, without costs. No opinion. Settle order on notice reversing findings inconsistent with this determination, and containing such new findings of fact proved upon the trial as are necessary to sustain the judgment hereby awarded. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Plaintiff, v. MAX AARON and Others, Defendants, SAMUEL UNGERLEIDER and Others, Appellants, Impleaded at the Instance of the Defendants THOMAS CAPEK, SR., and THOMAS CAPEK, JR., Respondents.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

STEPHEN S. JOHNSON, JR., Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.